# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF PUERTO RICO

**SONIA I. ALAMO GUZMAN, ET AL,**             **CIVIL NO. 01-2331(DRD)**
      Plaintiff

v.

**ALFREDO ALEJANDRO CARRION, ET AL,**
      Defendant

## JUDGMENT BY STIPULATION

     Plaintiffs and Defendants stipulate and agree that the above captioned case, including all outstanding disputes and matters between and among themselves be dismissed with prejudice.

     The parties further agree that Defendants will pay Plaintiffs the sum of **$828,000.00**, by means of a check made out to the Clerk, U.S. District Court for the District of Puerto Rico, in full and complete settlement for relief claimed by Plaintiffs in the amended complaint in the instant case, <u>subject to the approval by the Municipal Assembly, pursuant to Article 3.009 of the Autonomous Municipalities Act, which is scheduled to take place in extraordinary session of May 23, 2005</u>. However, this amount does not satisfy claims for loss of income which Plaintiffs, in turn, waive in their totality.

     Plaintiffs, thus, agree to release all Defendants and their agents, in both their personal and official capacities, of all claims, remedies, or causes of action of any nature Plaintiffs may have had, or have, as well as of any liability for damages, or any other costs and expenses resulting from any of the facts, circumstances and/or events which are the subject of the amended complaint and/or this case, and/or their past employment with the Municipality of Juncos.

     Both parties agree that the instant judgment by stipulation is final, absolute, binding, and unappealable.

     The Court hereby **DISMISSES WITH PREJUDICE** all claims against the defendants pursuant to the settlement agreement, without imposition of costs and fees. The Court will retain jurisdiction over the parties for compliance purposes.

This case is closed.

     **IT IS SO ORDERED**.

                                                       S/ Daniel R. Domínguez
                                                       **DANIEL R. DOMINGUEZ**
**Date**:  **May 23, 2005**                  **U.S. District Judge**